**KROLL HEINEMAN**
Attorneys-at-Law

A New Jersey Limited Liability Company

www.krollfirm.com

Metro Corporate Campus 1
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. †
Curtiss T. Jameson
Gary A. Carlson
Michael T. Carton ■
Michael G. McNally ▲
James M. Monica
Matthew P. Rocco

BAR ADMISSIONS
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
■ NJ, NY & DC Bar

September 3, 2008

**VIA ELECTRONIC FILING**
Hon. Joseph E. Irenas, U.S.D.J.
401 Market Street
Room 301
Camden, New Jersey 08101

Re:   **New Jersey Building Laborers Statewide Benefit Funds v. Capital Concrete, Inc.**
      Civil Action No.: 08-4112 (JEI)

Dear Judge Irenas:

This Firm represents New Jersey Building Laborers Statewide Benefit Funds ("Funds") in connection with the above-referenced matter. Presently before your Honor the Funds have pending a Motion to confirm an arbitration award entered against Defendant Capital Concrete, Inc., returnable on September 15, 2008. The Defendant has recently retained counsel and the parties are presently engaged in settlement talks. Accordingly, the Funds request, with Capital's consent, a two (2) cycle adjournment of this Motion, as the parties need to exchange voluminous documents. The new return date would be October 20, 2008. Thank you in advance for your courtesies.

Very truly yours,

S/ MICHAEL G. MCNALLY

MICHAEL G. MCNALLY
For the Firm

MGM:mgm
cc:   Jordan Grossman, Esq. (via regular mail)
      Al Kroll (via inter-office mail)

**SO ORDERED:**

_____
Hon. Joseph E. Irenas, U.S.D.J.
Dated: __9/4/08__, 2008

